Frederick Hocker, for Plaintiff in Error; ·

R. L. Anderson, for Defendant in Error.

———

State *ex rel.*, R. Hudson Burr, Newton A. Blitch and Royal C. Dunn, Railroad Commissioners of Florida, Relators, v. Florida East Coast Railway Company, a Corporation, Respondent.

Original Proceeding.   Mandamus.

Cause dismissed on motion of counsel for Relators.

F. M. Hudson, for Relators;

Alex St. Clair-Abrams, for Respondent.

———

M. A. Coleman, Appellant, v. State *ex rel.*, Geo. W. Scofield, State Attorney, Appellee.

Appeal from a Decree of the Circuit Court for Lake County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

Spencer & Hocker, for Appellant;

H. C. Duncan and J. B. Gaines, for Appellee.